# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

CASE Number CV 16-BE-0264-M

Joe Nathan Giles Jr.

Inmate Identification Number: 123350 x

1000 St Clair Road

Springville Ala 35146

(Enter above the full name of the plaintiff in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Company Ower

"Crime Stopper"

Birmingham Alabama

Jefferson County

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (  )     No ( ✓ )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

   Plaintiff: Joe Nathan Giles Jr.

   1000 St Clair Road Springville Alabama 35146

   Defendant(s): Company Ower of Crime Stopper

   Birmingham Alabama, Jefferson County

2

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement St. Clair Correctional Facc 1000 Springville Ala

A. Is there a prisoner grievance procedure in this institution?
Yes ( )        No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

C. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? _____

D. If your answer is NO, explain why not: BECAUSE its no GRIEVANCE HERE I DID WRITE COMPLAINTS TO WARDEN DEWAYNE ESTES / WARDEN STOCKS / WARDEN KAREN CARTER / AND ALL 3 CAPTAINS GARY MALONE / C. GRAHAM / K. PETERS INFORED THEM ALL ABOUT THE CRIME STOPPER LABLE AN I WAS GETTING PUTTER OUTER THE BLOCKS & THREATEN ASKED THE HEADS TO MOVE ME TO H DORM WERE

3

Cont of Page #3

C.C.

its other LWOP inmates are so are the Honor Dorm J.K. an G-Dorm these were these are the only 3 spots I could lay my head at with out being threaten are put outten the Blocks of Being a Ratt an Lable By the Company of Crime Stopper all 6 of the Heads told me to change my life style an tryed to make me live in harms wey into anywhere acept the 3 I listed So I'm in lock up now.

Joe Duty

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Joe Nathan Giles Jr unit A 3

Address 1000 St. Clair Road Springville Alabama 35146

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant "The Ower"

Is employed as "Company Crime Stopper"

at Birmingham Ala "Crime Stopper" of Jefferson Co.

C. Additional Defendants Company union / Crime Stopper of Birmingham Alabama / Jefferson County

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Upon Reporting A Robbery Took Place in East Lake Around 1985 A Co. Case Was By inmate Eugene Curtis Hopper ower is Responsible of The Company Policy is He or She Full Responsibility of All His Employers This Cover The Defendents Which Are The Employers Are Named To This lawsuit Ower Do Not Release Crime Stopper information The Employers Do That Fall under Company union

4

THERE FOR I'm Sueding THE oWER oF BiRMiNgham AlA. JEFFERSoN County CRiME StoppeR FoR voilating AN CoMpAny Poliey AS stated if you Know oF ANy inFoRmation Leaveing To AN CASE CAll oR stop By CRiMestoppeR iN your NAME & you will REMAin unknown

## V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

REWARD JoE Nathan Giles JR $11. Million Dollars in DAMAgE / iN inDANgERing My liFE All TypE oF StRess AN Health issue E.T.C. Character My NAME WEARiNg A "RATT" LAble " iN PRisoN RELEASEiNg My inFoRmation oVER iN MR. Eugene Curtis HoppeR PapeR woRk TraNSStripe

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-23-2016

PuRSuANT 28 USC § 1746
SelF Notary AFFidavit
oF MERit
J.G.

SIGNATURE Joe Nathan Giles JR.

ADDRESS 1000 St. Clair Road
         SpRingVille AlAbAMA
         St. Clair County

AIS # 123350 X

5

# COMPLAINT CRIME STOPPER CV-16-BE-0264-M
## Birmingham Ala of Jefferson County

CC:

CASE NUM # CV-16-BE-0264-M

1) The Plaintiff Joe Nathan Giles Jr. #123350 Unit A-3 1000 St Clair Road Springville Al 35146 like to set forward to this Honor Court about "Responsibility" of the Ower of Company Crime Stopper Birmingham Al of Jefferson County 1. Condition Quality. Fact, or instance of being Responsible obligation, Accountability, dependability ETC. 2. A Thing or Person that one is Responsible for Response Expected or obliged to Account for Something, to Someone) Answerable Accountable involving Accountability, obligation, or duties/ A Responsible Position/ 3. that can be Charged with being The Cause Agent or Source of Something The Moisture that is Responsible for the Rust/ 4. Able to distinguish Between Right And Wrong And to think And Act Rationally And hence Accountable For one's behavior #5. A Readily Assuming obligations, duties, ETC dependable; Reliable Able to pay debts or Meet Business obligations Responsible Applies to one who has been delegated Some duty or Responsibility by one "in Authority" And who is Subject to Penalty in Case of default "He or She" is very Responsible for Making out The Reports Answerable implies A Legal or Moral Obligation for which one must Answer to Someone sitting in Judgment He is Not Answerable For The Crime of His Part Accountable implies Liability For which one May be Called to Account you will Be held Accountable For Anything you May say Violated the Plaintiff Rights indeed ower of Crime Stopper was "Pertiner" having some connection with the Matter At Hand "Relevant" to the Point of His Employers They Address As Company union an As Workers Responsable for Releaseing my Name over into the Robbery Eugene Curtis Hopper Court Papers Transstripe an indanger my life when the Policy Says you Report An Case or Stop By your Name an you will Remain Unknown Proverbs # 3 vs 27 28 29 30

Sworen under oath on this 23ed Day of Feb 2016

_Joe Nathan Giles Jr._
Plaintiff

Persuant 28 USC §1746

Notary Officer
Self Notary Affidavit
of Merit JG

XXXXXXXX
Commiss Expire

## Brief

C.N. # CV-16-BE-0264-M

C.C.

I Recived the information few years Back from Eugene Curtis Hopper showing His paper work that Joe Nathan Giles Jr. Ratted Him out to "Crime Stopper" of A "Co Case" from A Robbery of East Lake Around 1985 folks wont Allow me to live into Alot of Blocks Here at St. Clair now that I am lable "As an Ratt" Character this has caused Alot of Damage in Prison My "Health Stress" indanger My life unit I'm in Segregation Because of the Release of information from the Company Crime Stopper Birmingham Ala. I'm sueding for $11. Million Dollars "inDamageies" "Cruel" implie indifference to The Suffering of others or A Disposition to inflict it on others (Cruel Fate) Brutal implies an Animal like or Savage Cruelty that is altogether unfeeling A Brutal Prison guard inhuman Stresses the Complete Absence of those qualities Expected of A Civilized Human being Such As Compassion "Mercy" or benevolence. Pitiless implies A Callous Refusal to be Moved or influenced by the Suffering of those one has wronged "Ruthless" implies A Cruel And Relentless Disregard for the Rights or welfare of others. While in Pursuit of A Goal My Statement I am in lockup with out paperwork Been in a 5 By 8 cell For 63 Days today without A Disciplinary etc, its very Mental & inhumanity My Action ask upon this Honor Court reward me 11. Million

Sworn under oath on this 23rd Day of Feb 2016

Joe Nathan Giles Jr.
PlAiNtiFF

Pursuant 28 USC-§ 1746
Notary officer
Self Notary Affidavit of Merit

XXXXYYXXXXX
Commisser Expire

**Alabama Department of Corrections**  CREC052
**Inmate Summary**
**Disciplinary        00123350X  GILES, JOE NATHAN**
For Transactions on 11/30/2015

Seq: 59   MAJOR Discipline on 04/15/1993 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 72 - FORGERY

Seq: 58   MAJOR Discipline on 03/09/1993 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 60 - BRIBERY OR ATTEMPTED BRIBERY

Seq: 57   MAJOR Discipline on 11/16/1992 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
          Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 44 - THREATS

Seq: 56   MAJOR Discipline on 09/14/1992 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 85 - VIOLATION OF INSTIT. RULES OR REG.

Seq: 55   MAJOR Discipline on 08/14/1992 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 92 - AID & ABETTING ANOTHER TO VIO. DOC RULES

Seq: 54   MAJOR Discipline on 10/03/1991 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 62 - INT. CREATE SECURITY/SAFETY/HEALTH HAZ.

Seq: 53   MINOR Discipline on 08/27/1991 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 76 - CORRESP. WITH ANOTHER INMATE WITHOUT PERM.

Seq: 52   MAJOR Discipline on 07/22/1991 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 62 - INT. CREATE SECURITY/SAFETY/HEALTH HAZ.

Seq: 51   MAJOR Discipline on 07/02/1991 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 35 - FIGHTING WITHOUT A WEAPON

Seq: 50   MAJOR Discipline on 04/03/1991 At Inst: 063 - WEST JEFFERSON CORR. FACILITY
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 64 - POSSESSION OF CONTRABAND

Seq: 49   MAJOR Discipline on 09/05/1990 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 35 - FIGHTING WITHOUT A WEAPON

Seq: 48   MAJOR Discipline on 08/24/1990 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
          Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D
          Rule: 69 - DESTROY/DISPOSE/ALTER/DAMAGE/SELL STATE PROP.

Seq: 47   MAJOR Discipline on 08/24/1990 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.

**Run Date: 12/1/2015 1:14:37 AM**

REQUEST
2-23-2016

Dear Sharon the other clerk J.V. Musso mailed me these 1983 updated forms. Told me to file on them so here they are please may God bless you an your family

Gail Nathan